## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | PO 21-05176-GF-JTJ |
| **Plaintiff,** | VIOLATION: E1102459 |
| **vs.** | Location Code: M13 |
| **RAMONA LAMPLEY,** | **ORDER** |
| **Defendant.** | |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is amended by interlineation to indicate the defendant is charged with and has plead guilty to Leaving a Pet Unattended in violation of 36 CFR § 2.15(a)(3).

**IT IS ALSO ORDERED** that the defendant shall pay the complete fine of $530 ($500 fine and $30 processing fee), on or before November 12, 2021. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.

**IT IS FURTHER ORDERED** that the bench trial in the above captioned matter, currently scheduled for October 14, 2021, is **VACATED**.

DATED this 7th day of October, 2021.

_____
John Johnston
United States Magistrate Judge